1024) It was determined that the verdict in plaintiff's favor was against the weight of evidence, both as to the negligence of the defendant's servant and absence of contributory negligence on the part of the person injured. The evidence in the present case fails to disclose any greater negligence on the part of defendant's driver or any greater care on the part of the injured boy than appeared in the former case. In some respects the evidence is more favorable to defendant than on the trial of the other action. For example, the speed at which the automobile was being run is now put at a less rate, and less congestion of traffic appears. On the authority of the former case, and on the opinion therein, the present judgment and order must be reversed on the same grounds, and a new trial granted, with costs to the appellant to abide the event. All concur, except PATTERSON, P. J., who dissents.

QUARMBY, Respondent, v. JAMES WEIR'S SONS, Appellants. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Hillary H. Quarmby, by Sarah Ann Quarmby, his guardian ad litem, against James Weir's Sons. No opinion. Motion granted, with $10 costs, unless the appeal is perfected and return filed within 20 days, in which event the motion is denied, without costs.

RALPH, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Mary J. Ralph against the board of education of the city of New York. No opinion. Judgment affirmed, with costs.

READER, Appellant, v. HAGGIN, Respondent (two cases). (Supreme Court, Appellate Division, First Department. February 25, 1907.) Actions by Athole B. Reader against James B. Haggin. A. S. Bacon, for appellant. C. P. Williamson, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

READER, Appellant, v. HAGGIN, Respondent (two cases). (Supreme Court, Appellate Division, First Department. February 25, 1907.) Actions by Eleanor R. Reader against James B. Haggin. A. S. Bacon, for appellant. C. P. Williamson, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

REIMAN, Appellant, v. ROOSEVELT, Respondent. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Appeal from Special Term, New York County. Action by William Reiman against James R. Roosevelt, Jr. From an order denying plaintiff's motion to set the cause for trial as a preferred cause on the special calendar for contract cases, as authorized by Supreme Court rule 5 of the First Department, he appeals. Reversed on stipulation. Geo. W. Galinger, for appellant. Latham G. Reed, for respondent.

PER CURIAM. The order appealed from should be reversed, on condition that the appellant stipulate as stated by him in open court, namely, that he would raise on the trial the issue only of the sale of the merchandise and the defendant's promise to pay therefor. If such stipulation be not given, the order will be affirmed, with $10 costs and disbursements.

RENO, Appellant, v. THOMPSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Jesse W. Reno against Frederick Thompson and another. No opinion. Judgment and order unanimously affirmed, with costs. See 97 N. Y. Supp. 744.

RENWICK et al., Respondents, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by James A. Renwick and others against the Manhattan Railway Company. J. O. Nicholls, for appellant. W. G. Peckham, for respondents. No opinion. Judgment modified, by reducing amount awarded for fee damage to No. 723 Columbus avenue to $1,200, and the amount awarded for fee damage to No. 725 Columbus avenue to $1,400, and by reducing the judgment as entered for rental damage, including interest, costs, and allowance, to $2,382.26, and, as so modified, affirmed, without costs. Settle order on notice.

REYMAN, Respondent, v. WARING, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Samuel Reyman against Hall B. Waring. No opinion. Judgment and order of the County Court of Westchester county unanimously affirmed, with costs.

RICE, Appellant, v. O'NEILL, Respondent. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Hyland P. Rice against Harry S. O'Neill. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.

RIESGO v. CLARK et al. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Louis A. Riesgo against James F. A. Clark and others. No opinion. Motion denied, with $10 costs. Order filed.

RIORDAN, Appellant, v. NEW YORK CENT. & H. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by John J. Riordan, an infant, against the New York Central & Harlem Railroad Company. T. J. O'Neill, for appellant. R. A. Kutschbeck, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

RIORDAN, Appellant, v. NEW YORK CENT. & H. R. R. Co., Respondent. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by John J. Riordan, an infant, against the New York Central & Hudson River Railroad Company. T. J. O'Neill, for appellant. R. A. Kutschbeck, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.